Plaintiff's Name: Jim Cage III
Inmate No.: AAG208
Address: CSP-Sacramento
P.O. Box 290066
Represa, CA, 95671-0066

**FILED**

MAY 10 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

1:22-CV-01429-CDB-(PC)

(Name of Plaintiff) | (Case Number)

vs.

A. Johnson
Lt. R. Roque
Sgt. E. Cortez
Sgt. A. Encinas
C.O. J. Rojas, S. Psy. J.
Ward, C.O. R. Arias

(Names of all Defendants)

**AMENDED CIVIL RIGHTS COMPLAINT UNDER:**

☒ 42 U.S.C. 1983 (State Prisoner)

☐ **Bivens** Action [403 U.S. 388 (1971)] (Federal Prisoner)

**I. Previous Lawsuits** (list all other previous or pending lawsuits on additional page):

A. Have you brought any other lawsuits while a prisoner? Yes ✗ No ___

B. If your answer to A is yes, how many? 1

Describe previous or pending lawsuits in the space below. (If more than one, attach additional page to continue outlining all lawsuits in same format.)

1. Parties to this previous lawsuit:

Plaintiff: Jim Cage III
Defendants: C. Pierce, H. Kirkland, S. Vang, J. Huslander, T. Nguyen

2. Court (if Federal Court, give name of District; if State Court, give name of County)
United States District Court Eastern District of Sacramento, CA.

3. Docket Number: 2:20-CV-0070 CKD    4. Assigned Judge: Magistrate Barnes

5. Disposition (Was the case dismissed? Appealed? Is it still pending?)
Settled

6. Filing Date (approx.) 3-19-19    7. Disposition Date (approx.) 1-24-22

## II. Exhaustion of Administrative Remedies

**NOTICE:** Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). Prior to filing suit, inmates are **required** to exhaust the available administrative remedy process, *Jones v. Bock*, 549 U.S. 199, 211, 127 S.Ct. 910, 918-19 (2007); *McKinney v. Carey*, 311 F.3d 1198, 1199 (9th Cir. 2002), and neither futility nor the unavailability of money damages will excuse the failure to exhaust, *Porter v. Nussle*, 534 U.S. 516, 524, 122 S.Ct. 983, 988 (2002). If the court determines that an inmate failed to exhaust prior to filing suit, the unexhausted claims will be dismissed, without prejudice. *Jones*, 549 U.S. at 223-24, 127 S.Ct. at 925-26.

A. Is there an inmate appeal or administrative remedy process available at your institution?

Yes ✗    No ____

B. Have you filed an appeal or grievance concerning **ALL** of the facts contained in this complaint?

Yes ✗    No ____

C. Is the process completed?

Yes ✗    If your answer is yes, briefly explain what happened at each level.

It was sent to "AIMS"

No ____    If your answer is no, explain why not.

## III. Defendants

List each defendant's full name, official position, and place of employment and address in the spaces below. If you need additional space please provide the same information for any additional defendants on separate sheet of paper.

A. Name CPT. A Johnson is employed as Captain
Current Address/Place of Employment CSP - Corcoran

B. Name **J. Rojas** is employed as **C.O.**

Current Address/Place of Employment **CSP-Corcoran**

C. Name **Lt. R. Roque** is employed as **Lt.**

Current Address/Place of Employment **CSP-Corcoran**

D. Name **E. Cortez** is employed as **Sgt.**

Current Address/Place of Employment **CSP-Corcoran**

E. Name **J. Ward** is employed as **Senior Psy-**

Current Address/Place of Employment **CSP-Corcoran**

**IV. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary. Must be in same format outlined below.)

**Claim 1**: The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

Eighth Amendment Excessive force claim against C.O. J. Rojas

Supporting Facts (Include all facts you consider important to Claim 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 1.):

1:22-cv-01429-CDB (P.C) Gagne v. Johnson.

**Claim 2:** The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

Supporting Facts (Include all facts you consider important to Claim 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 2.):

**V. Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

I would not wish to file a first Amended Complaint and am willing to proceed only on the Eight Amendment Excessive force claim against Defendant Rojas. The remaining Claims against any other defendant to be dismissed

I declare under penalty of perjury that the foregoing is true and correct.

Date: 5/2/23   Signature of Plaintiff: _____

(Revised 4/4/14)